IN THE UNITED STATES BANKRUPTCY COUR
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KRISTA L. SHERKEY<br>76 S. CLINTON STREET<br>DOYLESTOWN, PA  18901<br><br>           Debtor | CHAPTER 7<br><br>CASE NO. 16-11946-JKF<br><br><br>October 21, 2016<br><br><br>**HEARING DATE:  11/16/16 at 9:30 AM**<br>                              **Courtroom #3**<br>                              **Judge FitzSimon** |

## NOTICE OF MOTION TO REOPEN CASE

Debtor, Krista L. Sherkey, has filed papers with the court requesting that an order be entered allowing the debtor to reopen the case for the purpose of prosecuting an adversary proceeding.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 11/09/16 you or your attorney must do all of the following (a) file an answer explaining your position at

>    Clerk
>    United States Bankruptcy Court
>      for the Eastern District of Pennsylvania
>    900 Market Street
>    Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and (b) mail a copy to the movant's attorney:

1

  Roger Traversa
  Arjont Group
  Law Office of Roger Traversa
  PO Box 1932
  Philadelphia, PA  19105

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the **Honorable Jean K. FitzSimon** on **11/16/2016, at 9:30 AM in Courtroom #3, United States Bankruptcy Court**, 900 Market Street, Philadelphia, PA. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

            /s/Roger Traversa
            Roger Traversa, Attorney for debtor
            Bar Number: PA 19515
            Arjont Group
            Law Office of Roger Traversa
            PO Box 1932
            Philadelphia, PA  19105
            Fax: 215-701-5874
            Email: Roger@Arjont.com