IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Krista L. Sherkey,                           :
                                             :
        Debtor                               :    NO. 16-11946-JKF


ENTRY OF APPEARANCE


TO:     TIMOTHY B. MCGRATH, CLERK OF THE UNITED STATES
        BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    Please enter my appearance for Olde City Financial Inc., in the above-captioned matter.

                                    MORRIS & ADELMAN, P.C.

                            BY: _____
                                ROBERT M. MORRIS, ESQ.
                                ID NO. 67896
                                Attorney for Respondent
                                MORRIS & ADELMAN, P.C.
                                201 N. Presidential Blvd. S/100
                                P.O. Box 2235
                                Bala Cynwyd, PA 19004-6235