United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11946-jkf
Krista L. Sherkey                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Nov 16, 2016
                                      Form ID: pdf900          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
```
db             +Krista L. Sherkey,    76 S. Clinton St.,    Doylestown, PA 18901-4232
13695238       +AES/SLSC/EFS,    PO Box 61047,    Harrisburg, PA 17106-1047
13695237        Adam Payne,    152 Short Rd.,    Doylestown, PA 18901
13695239        American Craft Council,    1224 Marshall St., NE, Suite 200,    Minneapolis, MN  55413-1089
13695240      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
13695241       +Bank of America,    PO Box 15284,    Wilmington, DE 19850-5284
13695242       +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13695243       +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13695244       +Cision US Inc.,    130 E. Randolph St.,    Chicago, IL 60601-6164
13695245       +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
13695246      #+Fundbox, Inc.,    785 Market St.,    San Francisco, CA 94103-2013
13695247       +Intersection Media, LLC,    Accounts Receivable Dept.,    One Harmon Plaza, Suite 801,
                 Secaucus, NJ 07094-2803
13695248       +Intuit Payment Solutions,    21215 Burban Blvd., Suite 100,    Woodland Hills, CA 91367-7091
13705463       +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
13695250       +John J. Winter, Esq.,    The Chartwell Law Offices, LLP,    970 Rittenhouse Rd., Suite 300,
                 Eagleville, PA 19403-2265
13695251       +Joseph McDermott,    1117 Webster Ave.,    Allentown, PA 18103-5344
13695252       +Justworks Administrative Services LLC,    PO Box 62,    New York, NY 10272-0062
13695254       +Mark Sherkey,    76 S. Clinton St.,    Doylestown, PA 18901-4232
13695256       +Merchant Services,    12202 Airport Way, Suite 100,    Broomfield, CO 80021-2596
13695258       +Peter & Linda Reichold,    228 East Court St.,    Doylestown, PA 18901-4323
13695259       +Petrelli Law,    1845 Walnut Street, Suite 1616,,    Philadelphia, PA 19103-4716
13695260        Quicken Loans Inc.,    PO Box 6577,    Carrol Stream, IL  60197-6577
13695263       +TD Bank USA/Target Credit,    3701 Wayzata Blvd., # MS6C,    Minneapolis, MN 55416-3401
13695264       +The Philadelphia Tribune,    520-23 S. 16th St.,    Philadelphia, PA 19146-1597
13695265        Thompson Group, Inc.,    50 Swamp Rd.,    Doylestown, PA  18901
13695266       +USAA Federal Savings Bank,    PO Box 33009,    San Antonio, TX 78265-3009
13695267       +Verizon,    PO Box 5156,    Tampa, FL 33675-5156
13695268       +WHYY, Inc.,    Independence Mall West,    150 N. 6th St.,    Philadelphia, PA 19106-1521
13695270       +WURD-AM,    1341 N. Delaware Ave., Suite 300,    Philadelphia, PA 19125-4309
13695269       +Witherspoon Media Group,    PO Box 125,    4438 Route 27 North,    Kingston, NJ 08528-0125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:04     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2016 02:09:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2016 02:10:57     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13695253       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 17 2016 02:09:37     Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
13823029       +E-mail/Text: BETHD@OLDECITYFINANCIAL.COM Nov 17 2016 02:10:37     Olde City Financial Inc,
                 P.O. Box 800,    Wayne PA 19087-0800
13695257        E-mail/Text: bankruptcygroup@peco-energy.com Nov 17 2016 02:09:47     PECO,    2301 Market St.,
                 Philadelphia, PA  19103-1380
                                                                                               TOTAL: 6
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13695261        Streamline6 Communications, LLC
NONE*          +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
cr*            +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
cr*            +Olde City Financial Inc,    P.O. Box 800,    Wayne, PA 19087-0800
13695255*      +Mark Sherkey,    76 S. Clinton St.,    Doylestown, PA 18901-4232
13695249      ##+Itria Ventures, LLC,    333 7th Ave.,    New York, New York 10001-5086
13695262      ##+Streamline6 Communications, LLC,    121 W. Court St.,    Doylestown, PA 18901-4212
                                                                                   TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Nov 16, 2016
                              Form ID: pdf900              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:

```
          JOHN J. WINTER    on behalf of Defendant    Itria Ventures LLC jwinter@chartwelllaw.com,
           amcclinton@chartwelllaw.com
          JOHN J. WINTER    on behalf of     Itria Ventures LLC jwinter@chartwelllaw.com,
           amcclinton@chartwelllaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans, Inc. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
          ROBERT MITCHELL MORRIS    on behalf of Creditor    Olde City Financial Inc mail@morrisadelman.com
          ROGER   TRAVERSA    on behalf of Debtor Krista L. Sherkey edpabk@arjont.com
          ROGER   TRAVERSA    on behalf of Plaintiff Krista L. Sherkey edpabk@arjont.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COUR
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>KRISTA L. SHERKEY<br>76 S. CLINTON STREET<br>DOYLESTOWN, PA  18901<br><br>Debtor | CHAPTER 7<br><br>CASE NO. 16-11946-JKF |
|---|---|

## ORDER GRANTING MOTION TO REOPEN CASE

The Court having reviewed the movant's Motion to Reopen Case, and any related responses or objections, it is hereby

ORDERED that:

1. The clerk is directed to reopen the case so that the debtor may file an adversary proceeding.

**Date: November 16, 2016**