# IN THE UNITED STATES BANKRUPTCY COUR
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| KRISTA L. SHERKEY<br>76 S. CLINTON STREET<br>DOYLESTOWN, PA  18901 | CHAPTER 7<br><br>CASE NO. 16-11946-JKF |
| Debtor | ADVERSARY NO. _____ |
| KRISTA L. SHERKEY<br>                    Plaintiff | January 18, 2017 |
| v. | |
| OLDE CITY FINANCIAL, INC.<br>123 PENNSYLVANIA AVE.<br>WAYNE, PA  19087 | |
| Defendant | |

**Information Required by 11 U.S.C. § 342(c)**

> **Krista L. Sherkey**
>
> **76 S. Clinton St.**
>
> **Doylestown, PA  18901**
> **Tax Identification Number: XXX-XX-7446**

**DEBTOR'S COMPLAINT IN ADVERSARY PROCEEDING FOR
VIOLATION OF THE AUTOMATIC STAY (11 U.S.C. § 362),
VIOLATION OF THE DISCHARGE INJUNCTION (11 U.S.C. § 524),
TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONSHIP,
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND
VIOLATION OF THE PENNSYLVANIA FAIR CREDIT EXTENSION
UNIFORMITY ACT (73 PA. C.S.A. § 2270.4)**

1. Plaintiff, Krista L. Sherkey, is the debtor in the underlying bankruptcy case and

resides at 76 S. Clinton St., Doylestown, PA 18901.

2.   Defendant, Olde City Financial, Inc., is a Pennsylvania Business Corporation, with an office located at 123 Pennsylvania Av., Wayne, PA 19087, and a registered office at 315 New St., Suite 209, Philadelphia, PA 19106

3.   Jurisdiction of this Court is proper pursuant to 28 U.S.C. § 157(b)(1) in that the action arises under chapter 7 of the Bankruptcy Code in the case *In re Krista L. Sherkey* filed in this district and division at docket 16-11946-JKF and is a core proceeding.

4.   Jurisdiction of this Court is proper pursuant to 28 U.S.C. § 157(c) in that the action arises under chapter 7 of the Bankruptcy Code in the case *In re Krista L. Sherkey* filed in this district and division at docket 16-11946-JKF and the related non-core matters.

5.   Plaintiff filed her chapter 7 case on March 22, 2016.

6.   An order for relief was entered in this case on March 24, 2016, pursuant to 11 U.S.C. § 301, thus triggering an automatic stay, pursuant to 11 U.S.C. § 362(a), of all debt collection actions against debtor.

7.   A discharge was entered in this case on June 23, 2016, and the case was reopened, pursuant to debtor motion, by the Court on November 16, 2016.

8.   In October of 2016, defendant's principal place of business was physically located at 123 Pennsylvania Ave., Wayne, PA 19087.

9.   It is believed, and therefore averred, that in March of 2016 defendant received mail at the address in paragraph 8.

10. It is believed, and therefore averred, that defendant Olde City Financial, Inc. is a

debt collector acting for Cision US Inc., 130 E. Randolph St., Chicago, IL

60601.

11. Cision US Inc. was, and is, owed a debt by Streamline6 Communications LLC.

12. Cision US Inc. is a Delaware corporation registered to do business in Pennsylvania

as a foreign corporation.

13. It is believed, and therefore averred, that Cision US Inc. is registered in Illinois

as a foreign corporation with its headquarters at the address in paragraph 10.

14. It is believed, and therefore averred, that presently Cision US Inc. receives mail at

the address in paragraph 10.

15. Cision US Inc. was scheduled as a creditor in this case and on March 26, 2016, the §

341 Notice of Meeting of Creditors was mailed to Cision US Inc. at the address in

paragraph 10.

16. A true and correct copy of the certificate of service filed by Joseph Speetjens of

BAE Systems Bankruptcy Noticing Center attesting that the 341 Notice was served on

March 26, 2016 is attached hereto as Exhibit A.

17. It is believed, and therefore averred, that shortly thereafter Cision US Inc.

received the § 341 Notice of Meeting of Creditors.

18. A true and correct copy of the certificate of service filed by Joseph Speetjens of BAE Systems Bankruptcy Noticing Center attesting that the Notice of Discharge was served on June 26, 2016 is attached hereto as Exhibit B.

19. On or about September 29, 2016, the debtor received a demand letter at her residential address from defendant Olde City Financial, attached as Exhibit C.

20. On or about October 6, 2016, a caller who identified herself as Yvette Sambuco, called Melissa Kim, of the Global War on Terror Memorial Foundation attempting to collect on the debt owed to Cision US Inc. Melissa Kim is a coworker at an employer of the debtor and is a third party completely unrelated to Streamline6 Communications LLC. At least three such calls were made.

21. It is believed, and therefore averred, that Yvette Sambuco is an account manager for defendant Olde City Financial.

22. On October 12, 2016, debtor further received an email demand letter at a personal business email address, completely unrelated to Streamline6 Communications LLC, threatening that "Recovery action will be commenced in three (3) days if you have not paid us in full by that time." Exhibit D.

23. Defendant Olde City Financial's conduct has caused plaintiff to experience worries and concerns that are separate from the anxiety she felt about the bankruptcy. Her reactions and emotions were not fleeting or inconsequential. She suffered significant emotional harm as a result of defendant's conduct in willfully violating the discharge

order. The circumstances surrounding the violation make it obvious that a reasonable person would suffer significant emotional harm.

24. Defendant Olde City Financial's conduct has caused plaintiff to experience worries and concerns that are separate from the anxiety she felt about the bankruptcy. Her reactions and emotions were not fleeting or inconsequential. She suffered significant emotional harm as a result of defendant's conduct in willfully violating the discharge order. The circumstances surrounding the violation make it obvious that a reasonable person would suffer significant emotional harm.

## Count I – Violation of the Automatic Stay

25. The foregoing paragraphs are incorporated.

26. Defendant's conduct violated 11 U.S.C. § 362(a).

WHEREFORE, Plaintiffs requests the Court find the defendant guilty of civil contempt by violating the Automatic Stay; and award plaintiff compensatory damages, punitive damages, attorney's fees and costs pursuant to 11 U.S. C. § 362(k) and for contempt of court.

## Count II – Violation of the Discharge Injunction

27. The foregoing paragraphs are incorporated.

28. Defendant's conduct violated 11 U.S.C. § 524.

WHEREFORE, Plaintiffs requests the Court find the defendant guilty of civil

contempt by violating the Discharge Injunction; and awarding plaintiff compensatory

damages, punitive damages, attorney's fees and costs pursuant to

11 U.S. C. § 524 and for contempt of court

### Count III – Tortious Interference with Contractual Relationship

29. The foregoing paragraphs are incorporated.

30. Debtor has a contractual relationship with the Global War on Terror Memorial

Foundation.

31. Defendant interfered with the performance of that contract by causing the

Global War on Terror Memorial Foundation to breach their contract with the debtor.

32. Defendant Olde City Financial was not privileged to act in this manner.

33. The debtor has and will continue to suffer pecuniary loss as a result of the

breach of contract.

WHEREFORE, Plaintiff requests an award of damages in an amount in excess of

$50,000, on this count.

### Count IV – Intentional Infliction of Emotional Distress

34. The foregoing paragraphs are incorporated.

35. Defendant Olde City Financial acted intentionally in contacting third parties

to collect on a debt that it knew, or should have known, was unrelated to the third party,

or by recklessly in contacting a third party to collect on a debt not owed by the debtor.

36. Defendant Olde City Financial's conduct was extreme, outrageous, and

offensive.

37. Debtor suffered severe emotional distress.

38. Debtor's severe emotional distress was a result of defendant's conduct.

WHEREFORE, Plaintiff requests an award of damages in an amount in excess of

$50,000, on this count.

## Count V – Attorney's Fees

39.  The foregoing paragraphs are incorporated.

40. Debtor is entitled to attorney's fees pursuant to 11 U.S.C. § 362(k).

WHEREFORE, Plaintiff requests an award of reasonable attorney's fees pursuant

to 11 U.S.C. § 362(k).

## Count VII – Violation of the Pennsylvania Fair Credit Extension
## Uniformity Act (73 Pa. C.S.A. § 2270.4, et seq.)

41.  The foregoing paragraphs are incorporated.

42. Defendant Olde City Financial repeatedly contacted a third party, in

both an attempt to collect a debt, and in order to gain location information even

though the defendant was already in possession of the location information of the

debtor. (73 P.S. § 2270.4(b)(1).)

43.  Defendant Olde City Financial made phone calls and left harassing

voice messages on a third party's answering service in both an attempt to collect a

debt, and in order to gain location information even though the defendant was

already in possession of the location information of the debtor. (73 P.S. §

2270.4(b)(2).)

44.  Defendant Olde City Financial repeatedly threatened to take legal

action which it did not intend to take to collect from the debtor. (73 P.S. §

2270.4(b)(5).)

45.  Debtor requests an award of actual damages or the statutory amount

for each violation of 73 Pa. C.S.A. § 2270.4.

46. The Court may award attorney's fees in a successful prosecution under

the statute and debtor requests that an award of reasonable attorney's fees be

entered.

/s/ *Roger Traversa*

Roger Traversa, Attorney for debtor
Arjont Group
Law Office of Roger Traversa
PO Box 1932
Philadelphia, PA  19105
Fax: 215-701-5874
Email: Roger@Arjont.com
Bar Number: PA 19515

8

United States Bankruptcy Court
Eastern District of Pennsylvania

Exhibit A

In re:
Krista L. Sherkey
       Debtor

Case No. 16-11946-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Lisa           Page 1 of 2          Date Rcvd: Mar 24, 2016
                          Form ID: 309A         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2016.
```
db            +Krista L. Sherkey,    76 S. Clinton St.,    Doylestown, PA 18901-4232
13695238      +AES/SLSC/EFS,    PO Box 61047,    Harrisburg, PA 17106-1047
13695237       Adam Payne,    152 Short Rd.,    Doylestown, PA 18901
13695239       American Craft Council,    1224 Marshall St., NE, Suite 200,    Minneapolis, MN  55413-1089
13695241      +Bank of America,    PO Box 15284,    Wilmington, DE 19850-5284
13695244      +Cision US Inc.,    130 E. Randolph St.,    Chicago, IL 60601-6164
13695246      +Fundbox, Inc.,    785 Market St.,    San Francisco, CA 94103-2003
13695247      +Intersection Media, LLC,    Accounts Receivable Dept.,    One Harmon Plaza, Suite 801,
               Secaucus, NJ 07094-2803
13695248      +Intuit Payment Solutions,    21215 Burban Blvd., Suite 100,    Woodland Hills, CA 91367-7091
13695249     #+Itria Ventures, LLC,    333 7th Ave.,    New York, New York 10001-5086
13695250      +John J. Winter, Esq.,    The Chartwell Law Offices, LLP,    970 Rittenhouse Rd., Suite 300,
               Eagleville, PA 19403-2265
13695251      +Joseph McDermott,    1117 Webster Ave.,    Allentown, PA 18103-5344
13695252      +Justworks Administrative Services LLC,    PO Box 62,    New York, NY 10272-0062
13695254      +Mark Sherkey,    76 S. Clinton St.,    Doylestown, PA 18901-4232
13695256      +Merchant Services,    12202 Airport Way, Suite 100,    Broomfield, CO 80021-2596
13695258      +Peter & Linda Reichold,    228 East Court St.,    Doylestown, PA 18901-4323
13695259      +Petrelli Law,    1845 Walnut Street, Suite 1616,,    Philadelphia, PA 19103-4716
13695260       Quicken Loans Inc.,    PO Box 6577,    Carrol Stream, IL  60197-6577
13695262      +Streamline6 Communications, LLC,    121 W. Court St.,    Doylestown, PA 18901-4212
13695264      +The Philadelphia Tribune,    520-23 S. 16th St.,    Philadelphia, PA 19146-1597
13695265       Thompson Group, Inc.,    50 Swamp Rd.,    Doylestown, PA  18901
13695267      +Verizon,    PO Box 5156,    Tampa, FL 33675-5156
13695268      +WHYY, Inc.,    Independence Mall West,    150 N. 6th St.,    Philadelphia, PA 19106-1521
13695270      +WURD-AM,    1341 N. Delaware Ave., Suite 300,    Philadelphia, PA 19125-4309
13695269      +Witherspoon Media Group,    PO Box 125,    4438 Route 27 North,    Kingston, NJ 08528-0125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: edpabk@arjont.com Mar 25 2016 01:35:03     ROGER TRAVERSA,    Arjont Group,
               Law Office of Roger Traversa,    114 Harmony Hill Road,    Harwinton, CT  06791-2022
tr            +EDI: QRHHOLBER.COM Mar 25 2016 01:23:00      ROBERT H. HOLBER,    Robert H. Holber PC,
               41 East Front Street,    Media, PA 19063-2911
smg            E-mail/Text: bankruptcy@phila.gov Mar 25 2016 01:36:41     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 25 2016 01:35:54
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 25 2016 01:36:19     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 25 2016 01:36:01     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13695240       EDI: BANKAMER.COM Mar 25 2016 01:18:00      Bank of America,    PO Box 982238,
               El Paso, TX  79998-2238
13695242      +EDI: CAPITALONE.COM Mar 25 2016 01:28:00      Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
13695243      +EDI: CHASE.COM Mar 25 2016 01:28:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13695245      +EDI: WFNNB.COM Mar 25 2016 01:28:00      Comenity Bank,    PO Box 182789,
               Columbus, OH 43218-2789
13695253      +EDI: CBSKOHLS.COM Mar 25 2016 01:23:00      Kohls/Capital One,    PO Box 3115,
               Milwaukee, WI 53201-3115
13695257       E-mail/Text: bankruptcygroup@peco-energy.com Mar 25 2016 01:35:19     PECO,    2301 Market St.,
               Philadelphia, PA  19103-1380
13695263      +EDI: WTRRNBANK.COM Mar 25 2016 01:23:00      TD Bank USA/Target Credit,
               3701 Wayzata Blvd., # MS6C,    Minneapolis, MN 55416-3401
13695266      +EDI: USAA.COM Mar 25 2016 01:18:00      USAA Federal Savings Bank,    PO Box 33009,
               San Antonio, TX 78265-3009
                                                                                       TOTAL: 14
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13695261       Streamline6 Communications, LLC
13695255*     +Mark Sherkey,    76 S. Clinton St.,    Doylestown, PA 18901-4232
                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

District/off: 0313-2          User: Lisa              Page 2 of 2              Date Rcvd: Mar 24, 2016
                             Form ID: 309A            Total Noticed: 39

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2016 at the address(es) listed below:
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
              ROGER  TRAVERSA    on behalf of Debtor Krista L. Sherkey edpabk@arjont.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 3

| Information to identify the case: | | | | |
|---|---|---|---|---|
| **Debtor 1** | **Krista L. Sherkey** | | Social Security number or ITIN | xxx–xx–7446 |
| | First Name    Middle Name    Last Name | | EIN    __–_____ | |
| **Debtor 2**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN    _ _ _ _ | |
| | | | EIN    __–_____ | |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed for chapter  7  3/22/16 | |
| Case number:  **16–11946–jkf** | | | | |

## Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Krista L. Sherkey | | |
| 2. | **All other names used in the last 8 years** | fka Krista Emmett | | |
| 3. | **Address** | 76 S. Clinton St.<br>Doylestown, PA 18901 | | |
| 4. | **Debtor's attorney**<br>Name and address | ROGER TRAVERSA<br>Arjont Group<br>Law Office of Roger Traversa<br>114 Harmony Hill Road<br>Harwinton, CT 06791–2022 | | Contact phone 215–279–8940<br>Email: edpabk@arjont.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | | Contact phone (610) 565–5463<br>Email: trustee@holber.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor  **Krista L. Sherkey**                                                                  Case number **16-11946-jkf**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office -- 8:30 A.M. to 5:00 P.M Reading Office -- 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408-2800<br><br>Date: 3/24/16 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 18, 2016 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**3 Municipal Way, Public Hall, Langhorne, PA 19047** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/17/16** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**                                      page **2**

Exhibit B

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11946-jkf
Krista L. Sherkey                                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin           Page 1 of 2          Date Rcvd: Jun 24, 2016
                             Form ID: 318           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2016.
db          +Krista L. Sherkey,    76 S. Clinton St.,    Doylestown, PA 18901-4232
13695238    +AES/SLSC/EFS,    PO Box 61047,    Harrisburg, PA 17106-1047
13695237     Adam Payne,    152 Short Rd.,    Doylestown, PA 18901
13695239     American Craft Council,    1224 Marshall St., NE, Suite 200,    Minneapolis, MN  55413-1089
13695241    +Bank of America,    PO Box 15284,    Wilmington, DE 19850-5284
13695244    +Cision US Inc.,    130 E. Randolph St.,    Chicago, IL 60601-6164
13695246   ##+Fundbox, Inc.,    785 Market St.,    San Francisco, CA 94103-2013
13695247    +Intersection Media, LLC,    Accounts Receivable Dept.,    One Harmon Plaza, Suite 801,
              Secaucus, NJ 07094-2803
13695248    +Intuit Payment Solutions,    21215 Burban Blvd., Suite 100,    Woodland Hills, CA 91367-7091
13705463    +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
              970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
13695249   ##+Itria Ventures, LLC,    333 7th Ave.,    New York, New York 10001-5086
13695250    +John J. Winter, Esq.,    The Chartwell Law Offices, LLP,    970 Rittenhouse Rd., Suite 300,
              Eagleville, PA 19403-2265
13695251    +Joseph McDermott,    1117 Webster Ave.,    Allentown, PA 18103-5344
13695252    +Justworks Administrative Services LLC,    PO Box 62,    New York, NY 10272-0062
13695254    +Mark Sherkey,    76 S. Clinton St.,    Doylestown, PA 18901-4232
13695256    +Merchant Services,    12202 Airport Way, Suite 100,    Broomfield, CO 80021-2596
13695258    +Peter & Linda Reichold,    228 East Court St.,    Doylestown, PA 18901-4323
13695259    +Petrelli Law,    1845 Walnut Street, Suite 1616,,    Philadelphia, PA 19103-4716
13695260     Quicken Loans Inc.,    PO Box 6577,    Carrol Stream, IL  60197-6577
13695262   ##+Streamline6 Communications, LLC,    121 W. Court St.,    Doylestown, PA 18901-4212
13695264    +The Philadelphia Tribune,    520-23 S. 16th St.,    Philadelphia, PA 19146-1597
13695265     Thompson Group, Inc.,    50 Swamp Rd.,    Doylestown, PA  18901
13695267    +Verizon,    PO Box 5156,    Tampa, FL 33675-5156
13695268    +WHYY, Inc.,    Independence Mall West,    150 N. 6th St.,    Philadelphia, PA 19106-1521
13695270    +WURD-AM,    1341 N. Delaware Ave., Suite 300,    Philadelphia, PA 19125-4309
13695269    +Witherspoon Media Group,    PO Box 125,    4438 Route 27 North,    Kingston, NJ 08528-0125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QRHHOLBER.COM Jun 25 2016 01:28:00     ROBERT H. HOLBER,    Robert H. Holber PC,
              41 East Front Street,    Media, PA 19063-2911
smg          E-mail/Text: bankruptcy@phila.gov Jun 25 2016 01:38:15     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2016 01:37:20
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2016 01:37:46     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13695240     EDI: BANKAMER.COM Jun 25 2016 01:28:00     Bank of America,    PO Box 982238,
              El Paso, TX  79998-2238
13695242    +EDI: CAPITALONE.COM Jun 25 2016 01:28:00     Capital One,    PO Box 30285,
              Salt Lake City, UT 84130-0285
13695243    +EDI: CHASE.COM Jun 25 2016 01:28:00     Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13695245    +EDI: WFNNB.COM Jun 25 2016 01:28:00     Comenity Bank,    PO Box 182789,
              Columbus, OH 43218-2789
13695253    +EDI: CBSKOHLS.COM Jun 25 2016 01:28:00     Kohls/Capital One,    PO Box 3115,
              Milwaukee, WI 53201-3115
13695257     E-mail/Text: bankruptcygroup@peco-energy.com Jun 25 2016 01:36:43     PECO,    2301 Market St.,
              Philadelphia, PA  19103-1380
13695263    +EDI: WTRRNBANK.COM Jun 25 2016 01:28:00     TD Bank USA/Target Credit,
              3701 Wayzata Blvd., # MS6C,    Minneapolis, MN 55416-3401
13695266    +EDI: USAA.COM Jun 25 2016 01:28:00     USAA Federal Savings Bank,    PO Box 33009,
              San Antonio, TX 78265-3009
                                                                                   TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13695261     Streamline6 Communications, LLC
13695255*   +Mark Sherkey,    76 S. Clinton St.,    Doylestown, PA 18901-4232
                                                                    TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jun 24, 2016
                             Form ID: 318             Total Noticed: 38

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2016 at the address(es) listed below:
          JOHN J. WINTER   on behalf of    Itria Ventures LLC jwinter@chartwelllaw.com,
           amcclinton@chartwelllaw.com
          JOHN J. WINTER   on behalf of Defendant   Itria Ventures LLC jwinter@chartwelllaw.com,
           amcclinton@chartwelllaw.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Quicken Loans, Inc. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER   trustee@holber.com,   rholber@ecf.epiqsystems.com
          ROGER  TRAVERSA   on behalf of Debtor Krista L. Sherkey edpabk@arjont.com
          ROGER  TRAVERSA   on behalf of Plaintiff Krista L. Sherkey edpabk@arjont.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Krista L. Sherkey** | Social Security number or ITIN | **xxx–xx–7446** |
| | First Name    Middle Name    Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | | |
| Case number:   **16–11946–jkf** | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Krista L. Sherkey
fka Krista Emmett

<u>6/23/16</u>

**By the court:**  Jean K. FitzSimon
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Exhibit C



**OLDE CITY FINANCIAL INC.**
123 PENNSYLVANIA AVE • P.O. BOX 800 • WAYNE, PA 19087
TEL  800-411-1800 • FAX  610-225-0732

2009 1 MB 0.419      ******AUTO**MIXED AADC 923

Streamline6 Communications Llc
76 S Clinton St
Doylestown, PA 18901-4232

017112000015

ıllıl••ılllıı••ıllıılılıı••ılılıı•ılıılııllııı•lılıllıılı••lı

PHONE:    (610) 225-0731
FAX:      (610) 225-0732

RE: CISION INVOICES
FILE #: 2416481
CLIENT: CISION / VOCUS
CLIENT: STREA0004
BALANCE: $4354.48

ATTN: KRISTA SHERKEY

We have been instructed to collect the above debt. Before we proceed, we want to give you reasonable notice.
Recovery action will be commenced in three (3) days if you have not paid usin full by that time.

**Send us the full amount "now" or call 610-225-0731** to arrange settlement. If you act now it may not be
necessary for further collection efforts to ensue.

THIS IS A DEMAND FOR IMMEDIATE PAYMENT !

OLDE CITY FINANCIAL INC

YVETTE SAMBUCO X 236
ACCOUNT MANAGER

Unless we hear from you to the contrary, we will assume this debt to be valid.
**This is an attempt to collect a debt. Any information obtained will be used for that purpose**

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

RE: CISION INVOICES
FILE #: 2416481
CLIENT: CISION / VOCUS
CLIENT: STREA0004
BALANCE: $4354.48

| IF PAYING BY CREDIT CARD PLEASE FILL OUT BELOW |
|---|
| CHECK CARD USING FOR PAYMENT |

| | AMERICAN EXPRESS | | VISA | | MasterCard | | DISCOVER |
|---|---|---|---|---|---|---|---|

| CARD NUMBER | | AMOUNT |
|---|---|---|
| SIGNATURE | | EXP. DATE |
| MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | | AMOUNT ENCLOSED |

| STATEMENT DATE | PAY THIS AMOUNT | REFERENCE |
|---|---|---|
| 9/23/2016 | $4,354.48 | STREA0004 |

OLDE CITY FINANCIAL, INC.
PO BOX 800
WAYNE PA 19087-0800

1

**Roger Traversa**

| | |
|---|---|
| **From:** | sherkey@gwotmemorialfoundation.org |
| **Sent:** | Wednesday, October 12, 2016 4:13 PM |
| **To:** | Roger Traversa |
| **Subject:** | More From Olde City Financial Fw: E-DBTR LET #1 OLDE CITY |

**Importance:**          High

OLDE CITY FINANCIAL INC
 123 PENNSYLVANIA AVE
 PO BOX 800
 WAYNE PA 19087
 610-225-0731

 STREAMLINE6 COMMUNICATIONS LLC                    09/08/16
 76 S CLINTON ST
 DOYLESTOWN, PA 18901-4232

 RE: CISION INVOICES
 FILE #: 2416481
 CLIENT: CISION /  VOCUS          CLIENT REF #: STREA0004
 BALANCE: $$4,354.48

 ATTN: KRISTA SHERKEY

 We have been instructed to collect the above debt. Before we
 proceed, we want to give you reasonable notice. Recovery action
 will be commenced in three (3) days if you have not paid us
 in full by that time.

 Send us the full amount "now" or call 610-225-0731
 to arrange settlement. If you act now it may not be necessary for
 further collection efforts to ensue.

      THIS IS A DEMAND FOR IMMEDIATE PAYMENT !

 OLDE CITY FINANCIAL INC

 YVETTE SAMBUCO X 236
 ACCOUNT MANAGER

1

Unless we hear from you to the contrary, we will assume this
debt to be valid.

This is an attempt to collect a debt. Any information obtained
will be used for that purpose.